AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

|  |  |  |
|---|---|---|
| Marcus Young, | ) |  |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    0:15-cv-00091-SB |
| | ) | |
| Ofc. Allah Brown and | ) | |
| South Carolina Dept. of Corr., | ) | |
| *Defendants,* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Marcus Young, shall take nothing of the defendants, Allah Brown and South Carolina Department of Corrections, and this action is dismissed with prejudice pursuant to FRCP 41 for failure to prosecute.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sol Blatt, Jr., Senior United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the action with prejudice.

Date:    October 9, 2015                            *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/G. Mills
                                    _____
                                                *Signature of Clerk or Deputy Clerk*